# Third District Court of Appeal

## State of Florida

Opinion filed August 4, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0048
Lower Tribunal No. 16-18698
_____

**PH 1, LLC,**

Appellant/Cross-Appellee,

vs.

**HSBC Bank USA, N.A., etc.,**

Appellee/Cross-Appellant.

An Appeal from the Circuit Court for Miami-Dade County, Gisela Cardonne Ely, Senior Judge.

Wallen Kelley, and Todd L. Wallen; Weiss Serota Helfman Cole & Bierman, P.L., and Edward G. Guedes, for appellant/cross-appellee.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC, and David Rosenberg and Jarrett Cooper (Boca Raton), for appellee/cross-appellant.

Before LOGUE, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.